

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Kevin Lawrence Painter Sr.,          * From the 446th District Court
of Ector County,
Trial Court No. E-25-06-0734-FM.

Vs. No. 11-25-00233-CV          * September 25, 2025

Tammy Renee Painter,          * Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction, for want of prosecution, and for failure of Kevin Lawrence Painter Sr. to comply with this court's directives. Therefore, in accordance with this court's opinion, the appeal is dismissed.